UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALCAL CONSTRUCTION, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>BERKLEY ASSURANCE COMPANY, et al.,<br><br>  Defendants. | Case No. 25-cv-02997-RFL<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS**<br><br>Re: Dkt. No. 7 |

The Court finds the matter suitable for determination without oral argument under Civil Local Rule 7-1(b), and the hearing set for June 3, 2025 is **VACATED**. In light of Plaintiff's non-opposition (Dkt. No. 19), Berkley Assurance Company's Motion to Dismiss (Dkt. No. 7) is **GRANTED** as to the claims against Verus Specialty Insurance, and Verus is dismissed from the action. The motion is **DENIED** to the extent it seeks dismissal of the request for punitive damages against Berkeley Assurance, because "requests for punitive damages provide no basis for dismissal under Rule 12(b)(6)." *Apple, Inc. v. Starr Surplus Lines Ins. Co.*, No. 24-cv-03738-RFL, 2024 WL 4834424, at *1 (N.D. Cal. Nov. 18, 2024) (quoting *Muldoon v. DePuy Orthopaedics, Inc.*, No. 15-cv-02723-PJH, 2024 WL 3522204, at *15 (N.D. Cal. July 23, 2024)).

The order to show cause (Dkt. No. 18) is **DISCHARGED**.

**IT IS SO ORDERED.**

Dated: May 16, 2025

RITA F. LIN
United States District Judge